# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:16-cr-24 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| MARK HAYDEN HARRIS ) | |
| ) | Magistrate Judge Susan K. Lee |
| ) | |

**ORDER**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts One and Five of the five-count Indictment; (2) accept Defendant's plea of guilty to Counts One and Five of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Counts One and Five of the Indictment; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) find Defendant shall remain in custody until sentencing in this matter. (Doc. 20.) Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 20) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)  Defendant's motion to withdraw his not guilty plea to Counts One and Five of the Indictment is **GRANTED**;

(2)  Defendant's plea of guilty to Counts One and Five of the Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One and Five of the Indictment;

(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on September 23, 2016 at 2:00 p.m. [EASTERN] before the Honorable Travis R. McDonough.

**SO ORDERED.**

**ENTER:**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**